UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Susan D. Wigenton |
| v. | : | Crim. No. 11-36 |
| ALHADI ARMSTRONG | : | ORDER FOR CONTINUANCE |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Adam N. Subervi, Assistant U.S. Attorney, appearing), and defendant Alhadi Armstrong (Peter R. Willis, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter for a period of 60 days to continue discovery and plea negotiations, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render any trial of this matter unnecessary;

(2) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 7th day of April, 2011,

ORDERED that this action be, and hereby is, continued for a period of 60 days, until June 5, 2011 ; and it is further

ORDERED that the period from April 7, 2011 through June 5, 2011 shall be excludable in computing time under the Speedy Trial Act of 1974.

Hon. Susan D. Wigenton
United States District Judge

April 8, 2011

Form and entry
consented to:

Adam N. Subervi
Assistant U.S. Attorney

Peter R. Willis
Counsel for defendant Alhadi Armstrong

-2-