PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Alhadi Armstrong                              Cr.: 11-00036-001
                                                                PACTS #: 60406

Name of Sentencing Judicial Officer:    THE HONORABLE SUSAN D. WIGENTON
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 03/09/2012

Original Offense:    18 U.S.C. § 922(g)(1): Convicted Felon in Possession of a Firearm

Original Sentence: 105 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment of $100, Substance Abuse Testing, Alcohol Treatment, Drug Treatment, Prohibitions on Gang/Criminal Associations

Type of Supervision: Supervised Release               Date Supervision Commenced: 11/08/2019

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1.                   A warrant was issued for Alhadi Armstrong by Irvington Police Department following a reported physical altercation.

                     The victim stated she met Mr. Armstrong, her ex-boyfriend, at 40 Vine Avenue in Irvington, New Jersey to retrieve her cellphone charger. While receiving the charger, a verbal altercation ensued. During the altercation, Mr. Armstrong asked the victim to go home and the victim refused to leave. Mr. Armstrong reportedly, grabbed the victim's legs, dragged her down the stairs and fled on foot. The victim complained of pain to both legs and was transported to Rutgers University Hospital. The victim refused a temporary order of protection and to speak with a domestic violence advocate.

                     Mr. Armstrong turned surrendered himself on September 22, 2020.

U.S. Probation Officer Action:

Mr. Armstrong will be required to participate in the virtual U.S. Probation Office's STOP (Skills, Techniques, Options, and Plans for better relationships) Program and will meet once per week for 10 weeks beginning on Monday, October 19, 2020. Attendance and completion of the homework assignments are mandatory.

We respectfully request that no court action is taken at this time. We will update the Court if Mr. Armstrong does not successfully complete the program and with the outcome of the pending matter.

Prob 12A – page 2
Alhadi Armstrong

Respectfully submitted,
*Maria D. Goodwater/SGM*
By: Maria D. Goodwater
U.S. Probation Officer
Date: 09/23/2020

/mdg

APPROVED:

*Suzanne Golda-Martinez*           *09/23/2020*
SUZANNE J. GOLDA-MARTINEZ           Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other (as recommended by the Probation Office)

*s/Susan D. Wigenton, U.S.D.J.*
Signature of Judicial Officer

September 29, 2020
Date